# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00360-CR

**Ramon De Los Santos, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT NO. D-1-DC-06-301255, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ramon De Los Santos seeks to appeal from a judgment of conviction for aggravated assault. Sentence was imposed on March 2, 2007, and there was a timely motion for new trial. The deadline for perfecting appeal was therefore May 31. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on June 11, 2007. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. We are advised that the notice of appeal was hand delivered and therefore the mailbox rule does not apply. *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   July 20, 2007

Do Not Publish